

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00027-CR

Cresencio **ALVARADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10798
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 6, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice